UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GENERALI COVID-19 TRAVEL INSURANCE LITIGATION | Case No. 20-MD-2968 (JGK)<br><br>**THIS DOCUMENT RELATES TO:**<br>1:20-CV-10673<br>1:20-CV-10713<br>1:20-CV-10719<br>1:20-CV-10755<br>1:20-CV-11007 |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Audra Sanchez ("Sanchez"), Shelley Keith ("Keith"), Tralisa Sheridan ("Sheridan"), Tami Paterson ("Paterson"), and Jo Ellen Young ("Young") hereby voluntarily dismiss their individual claims in the following actions ("Actions") that are part of the above-captions MDL docket:

*Sanchez*, Civ No. 20-10673;

*Keith*, Civ. No. 20-10713;

*Sheridan*, Civ No. 20-10719;

*Paterson*, Civ. No. 20-10755; and

*Young*, Civ. No. 20-11007.

Because this dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiffs' dismissal of the Actions is effective upon filing this notice.

Dated: July 22, 2022                                        Respectfully submitted,

/s/ Bryan L. Clobes
Bryan L. Clobes
**CAFFERTY CLOBES MERIWETHER & SPRENGEL**
205 North Monroe
Media, PA 19063
(215) 864-2800
bclobes@caffertyclobes.com

*Co-Lead Class Counsel*

/s/ Jamisen Etzel
Jamisen Etzel
**CARLSON LYNCH**
1133 Penn Avenue 5th Floor
Pittsburgh, PA 15222
(412) 322-9243
jetzel@carlsonlynch.com

*Co-Lead Class Counsel*

/s/ Jeffrey L. Raizner
Jeffrey L. Raizner
**RAIZNER SLANIA LLP**
2402 Dunlavy Street
Houston, TX 77006
(713) 554-9099
efile@raiznerlaw.com

*Executive Committee Counsel*

/s/ Erin Green Comite
Erin Green Comite
**SCOTT+SCOTT ATTORNEYS AT LAW, LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06415
(860) 537-5537
ecomite@scott-scott.com

*Executive Committee Counsel*

/s/ Derek H. Potts
Derek H. Potts
**POTTS LAW FIRM LLP**
3737 Buffalo Speedway, Suite 1900
Houston, TX 77098
(713) 963-8881
dpotts@potts-law.com

*Co-Lead Class Counsel*

/s/ David E. Kovel
David E. Kovel
**KIRBY McINERNEY LLP**
250 Park Avenue, Suite 820
New York, NY 10177
(212) 371-6600
dkovel@kmllp.com

*Liaison Counsel*

/s/ Joseph G. Sauder
Joseph G. Sauder
**SAUDER SCHELKOPF**
1109 Lancaster Avenue
Berwyn, PA 19312
(888) 711-9975
jgs@sstriallawyers.com

*Executive Committee Counsel*

/s/ David M. Cialkowski
David M. Cialkowski
**ZIMMERMAN REED LLP**
David Cialkowski
1100 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
(612) 341-0400
david.cialkowski@zimmreed.com

*Executive Committee Counsel*

SO ORDERED:

7/25/22

_____
U.S.D.J.